1 **WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Isaac Garcia-Mendez,<br><br>Defendant. | No. CR-18-01198-001-PHX-GMS<br><br>**ORDER** |

Pending before the Court is the government's Motion to Continue Sell Hearing, Trial and Motion to Extend Pretrial Motions (Doc. 35). For the reasons stated below that motion is granted.

Defendant opposes the motion to continue based upon his Speedy Trial Act rights. Significantly, however, on November 8 of last year the Court found that "the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." Doc. 20. Since that time the Defendant has been in the process of restoration. He has been determined to be restorable with the use of medication which the Defendant does not wish to take, thus necessitating a *Sells* hearing.

Nevertheless, because the Court has already determined that Defendant is currently incompetent to stand trial, 18 U.S.C. § 3161(h)(4) governs. It requires that "[a]ny period of delay resulting from the fact that the defendant is mentally incompetent or physically

unable to stand trial" "shall be excluded" from the Speedy Trial Act calculation. *See, United States v. Romero,* 833 F.3d 1151, 1155 (9th Cir. 2016) ("[T]he Speedy Trial Act unambiguously requires the exclusion of *all* time during which a defendant is incompetent to stand trial."). Thus, Defendant's speedy trial act rights are in suspension. Further, to the extent that the Defendant makes a due process argument, the Court cannot conclude, from the arguments presented, that the time necessary in which to reset the Sells hearing will result in a violation of the Defendants' due process rights. Therefore,

IT IS ORDERD granting the government's motion to continue (Doc. 35).

IT IS FURTHER ORDERED continuing the *Sells* Hearing from September 23, 2019 to **November 14, 2019 at 9:30 a.m.**

IT IS FURTHER ORDERED continuing the trial date from October 1, 2019 to **March 3, 2020 at 9:00 a.m., in Phoenix, Arizona**, and continuing the pretrial motion deadline until January 24, 2020.

IT IS FURTHER ORDERED that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C. 3161(h)(4) from 10/2/19 to 3/3/20.

Dated this 11th day of September, 2019.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge